IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.                                                          Case No. 19–CV–00723–JPG

$54,580.00 IN UNITED STATES
CURRENCY,
Defendant.

## JUDGMENT & DECREE FOR FORFEITURE

Before the Court is the Government's Motion for Judgement of Forfeiture. (Doc. 30).

On July 3, 2019, the Government filed a Verified Complaint for Forfeiture against Defendant, described as $54,580.00 in United States Currency. (Doc. 1). The Complaint alleges that the currency constitutes money furnished, or intended to be furnished, by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. § 801, *et seq*., and is thus subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

After process was properly issued and returned executed, the Clerk of Court issued a warrant of arrest. (Doc. 6). Notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning July 27. (Doc. 13). The United States Marshals Service seized the currency on August 6. (Id.).

On November 7, the Clerk of Court entered default as to Renee A. Garcia, Sarah D. Pargeon, and all interested parties, except Jacques Diallo. On February 12, 2020, the Court entered an Order striking Diallo's claim for assets. (Doc. 29).

Pursuant to Federal Rule of Civil Procedure 55(b), default judgment is hereby entered against all interested parties and in favor of the Government. Defendant, described as $54,580.00 in United States Currency, is hereby ordered forfeited to the Government; and no right, title, or

interest in the currency shall exist in any other party. Defendant shall be disposed of according to law by the United States Marshals Service.

**IT IS SO ORDERED.**

**Dated: Friday, February 28, 2020**

**S/J. Phil Gilbert**
**J. PHIL GILBERT**
**UNITED STATES DISTRICT JUDGE**
